| | AUSA: | Terrence Haugabook | Telephone: (313) 226-9157 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Steven J. Allick (ATF) | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Sean Andre Moton

Case No.  Case: 2:22–mj–30164
Assigned To : Unassigned
Assign. Date : 3/29/2022
Description: CMP USA v. SEALED
MATTER (SO)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 7, 2021 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Steven Allick, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 29, 2022

*Judge's signature*

City and state: Detroit, Michgan

Hon. Jonathan J.C. Grey, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## I. INTRODUCTION AND AGENT BACKGROUND

I, Steven Allick, being first duly sworn, hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May of 2014. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

3. During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am

familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

4.     The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports and information from others who have personal knowledge of the events and circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Sean Andre MOTON (DOB: XX/XX/1992), a convicted felon, has possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

## II.     PROBABLE CAUSE

6.     MOTON came to ATF's attention in February 2021 in connection with a shooting incident that occurred on July 7, 2021.

7.     I reviewed Detroit Police Department report number 2107070123, documenting the July 7, 2021, shooting incident. On July 7, 2021, at approximately 9:48 a.m., Detroit Police Department officers were dispatched to 18444 Parkgrove for a "shots fired" police run. Per the computer-aided dispatch (CAD) notes, a male stated another male is shooting from a blue Cadillac truck of Hayes Street. Police

2

officers receive up to date information from the dispatchers and call takers through the CAD when responding to calls for service. While in the area, officers heard dispatch call out a gunshot wound "GSW" at St. John's Hospital. Officers arrived at St. John's Hospital and spoke with the victim who is the mother of two of MOTON'S kids. The victim identified MOTON as the shooter. Officers confirmed the shooting happened at 15201 E. 7 Mile Road, Detroit, MI, which is a gas station. Officers arrived at 15201 E. 7 Mile Road, Detroit, MI and observed broken glass at pump # 7. Officers located three (3) spent 9mm shell casings between pump # 2 and pump # 5.

8. Officers obtained surveillance video from the clerk of the gas station. A review of the video revealed the following:

  a. At approximately 9:46 a.m., a dark blue Chevrolet Impala, bearing MI license plate EKK8976, driven by the victim, parked at pump # 2 facing westbound.

  b. A black Cadillac STS, bearing MI license plate EJJ2264, driven by Sean MOTON, driving westbound on 7 Mile, entered the southwest driveway of the gas station. MOTON drives up directly next to the Chevy Impala, parks, immediately exits the Cadillac, and then fires multiple rounds at the Impala as it drives away. Below is a photo of MOTON from surveillance video firing multiple rounds.



9.     ATF Interstate Nexus Expert, Special Agent Jimmie Pharr was provided a verbal and visual description of the head stamps of the three (3) shell casings that were recovered from the July 7, 2021, shooting scene.  Two (2) of the head stamps on the recovered casings read "WIN 9MM Luger."  The other head stamp on the recovered shell casing reads "Hornady 9MM Luger."  SA Pharr advised the ammunition was manufactured outside of the state of Michigan, and thus had traveled in and affected interstate or foreign commerce.

10.    I reviewed Michigan Law Enforcement Information Network (LEIN) records relating to MOTON and they reveal the following felony conviction; 2017: Possession of Cocaine, Less Than 25 Grams-3rd Circuit Court, Wayne County, MI. As a result of this conviction, MOTON was sentenced to two (2) years of probation.

4

### III.  CONCLUSION

11.  Based on this information and MOTON's reported possession of a firearm and ammunition on July 7, 2021, including the report that MOTON was firing shots into a vehicle, there is probable cause to believe that MOTON, knowing he had previously been convicted of an offense punishable by more than a year imprisonment, violated 18 U.S.C. § 922(g)(1) by knowingly possessing ammunition that had traveled in and affected interstate or foreign commerce.  This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

Steven Allick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE JONATHAN J.C. GREY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

DATE: March 29, 2022

5